FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCUS COX,<br><br>    Defendant. | No. 4:17-CR-06036-SMJ<br><br>**PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 18, and related Motion to Expedite, ECF No. 19. Having reviewed the pleadings and the file in this matter, the Court finds that a protective order is appropriate here pursuant to 18 U.S.C. § 3509.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 18**, and related Motion to Expedite, **ECF No. 19**, are **GRANTED.**

**2.** The Court enters the parties' Stipulation, ECF No. 18, and further Orders:

ORDER **-** 1

**A.** The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. Defense expert will be provided with a CD/DVD burner and disks to copy their report onto optical media.

**B.** The government will make the defense expert media reasonably available to the defense expert and provide ample opportunity for the defense team to examine said media subject to the procedures agreed to by the parties in the Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge