UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cox, Marcus | Docket No. | 0980 2:17CR06036-SMJ |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marcus Cox, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 6th day of October, 2017 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Special Condition #5:** Defendant shall not have access to computers or internet access, smart phones, or any online services. Persons in the household where Defendant resides must password protect all electronic devices.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On April 17, 2018, Marcus Cox was found in unrestricted possession of a computer.

**Violation #2:** On April 17, 2018, Marcus Cox admitted accessing the internet and online services. He admitted accessing the internet for approximately the last two months.

**Violation #3:** On April 17, 2018, Marcus Cox admitted possessing and downloading child pornography, in violation of federal law.

PRAYING THAT THE COURT WILL ISSUE A WARRANT.

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: April 17, 2018 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dinkel*

Signature of Judicial Officer

4/17/2018

Date